IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERTO PEREZ | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-50 |
| JANICE HANSON, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Roberto Perez, an inmate currently confined at the Gib Lewis Unit with the Texas Department of Criminal Justice, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Janice Hanson and Keath Dulenon.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Title 28 U.S.C. § 1915(g) prohibits prisoners from repeatedly filing frivolous or malicious complaints. The statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action [*in forma pauperis*] . . . if the prisoner has, on three or more occasions . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff did not file a motion to proceed *in forma pauperis* and did not pay the full filing fee. It is presumed plaintiff is seeking to proceed *in forma pauperis* in this action. Section 1915(g) applies to this action, however, because at least three of Plaintiff's prior lawsuits or appeals have been dismissed as frivolous.[1] As a result, Plaintiff may not bring this action *in forma pauperis* unless

---

[1] *See Perez v. Villarreal*, No. 1:21-CV-302-LY (W.D. Tex.) (dismissed as frivolous and malicious May 10, 2021); *Perez v. Villarreal*, No. 1:21-CV-233-LY (W.D. Tex.) (dismissed as frivolous Apr. 27, 2021); *Perez v. Lakatos*, No. 1:20-CV-746-LY (W.D. Tex.) (dismissed as frivolous Aug. 18, 2020); *Perez v. Villarreal*, No. 1:20-CV-622-LY

he was in imminent danger of serious physical injury at the time he filed this lawsuit. *Banos v. O'Guin*, 144 F.3d 883, 884 (5th Cir. 1998). Plaintiff makes no allegation that he was in imminent danger of serious physical injury. If Plaintiff chooses not to proceed *in forma pauperis*, he may submit the full filing fee of $402.00 and the Report and Recommendation will be withdrawn.

## Recommendation

The above-styled civil action should be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). If Plaintiff chooses not to proceed *in forma pauperis*, he may submit the full filing fee of $402.00 and the Report and Recommendation will be withdrawn.

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Assoc'n.,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

SIGNED this 25th day of March, 2022.

_____
Zack Hawthorn
United States Magistrate Judge

---

(W.D. Tex.) (dismissed as frivolous Aug. 12, 2020).